**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| TRANSDATA, INC., <br><br> *Plaintiff,* <br><br> vs. <br><br> CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC, *et al.*, <br><br> *Defendants.* | CIVIL ACTION NO. 6:10-cv-557 (Lead Case) <br><br> CIVIL ACTION NO. 6:16-cv-407 <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO ENTER AMENDED STIPULATED PROTECTIVE ORDER

The undersigned counsel for Plaintiff TransData, Inc. and Defendant CenterPoint Energy Houston Electric, LLC hereby respectfully request the Court to enter the attached Amended Stipulated Protective Order in this matter. *See* Exhibit A. The Amended Stipulated Protective Order contains the amendment described in Docket 230 that the Court approved at the Pretrial Conference in this case on June 30, 2016, modifying the definition of "Outside Counsel."

The proposed Amended Stipulated Protective Order is the same Protective Order entered by Judge Cauthron in the related MDL proceeding.[1]

Wherefore Plaintiff and Defendants respectfully request that the attached Amended Stipulated Protective Order be entered in this case.

---

[1] *See In Re: TransData, Inc. Smart Meters Patent Litigation,* No. 5:12-ML-2309-C, Dkt. No. 178 (W.D. Okla.).

Dated: July 8, 2016

*/s/ Jamie McDole with permission
    by Michael E. Jones*
Eric H. Findlay
Texas State Bar No. 00789886
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com

Jamie McDole
Texas State Bar No. 24082049
Phllip B. Philbin
Texas State Bar No. 15909020
Charles M. Jones II
Texas State Bar No. 24054941
Hamilton C. Simpson
Texas State Bar No. 24083862
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
jamie.mcdole@haynesboone.com
phillip.philbin@haynesboone.com
charlie.jones@haynesboone.com
hamilton.simpson@haynesboone.com

*Attorneys For Plaintiff TransData, Inc.*

Respectfully submitted,

   */s/ Michael E. Jones*
Cynthia D. Vreeland
Texas Bar No. 20625150
Massachusetts Bar No. 635143
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
Cynthia.Vreeland@wilmerhale.com

Ramsey M. Al-Salam, WA Bar No. 18822
Christina J. McCullough, WA Bar No. 47147
Stevan R. Stark, WA Bar No. 39639
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8000 / Fax: (206) 359-9000
Email: RAlsalam@perkinscoie.com
Email: CMccullough@perkinscoie.com
Email: SStark@perkinscoie.com

Michael E. Jones, TX Bar No. 10929400
POTTER MINTON, PC
110 North College, Suite 500
Tyler, TX 75702
Tel: (903) 597-8311 / Fax: (903) 593-0846
Email: mikejones@potterminton.com

*Attorneys for Defendant CenterPoint Energy
Houston Electric, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 8, 2016.

/s/ Michael E. Jones